**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **Qu' Shun Harris,**<br>*Plaintiff*<br><br>**v.**<br><br>**The City of Round Rock Police Department, Grayson Beck Dzialo, Dillon Joseph Rizzo, Timothy John Juhlke, Debbie Bruce Juhlke, Jonathan Lamont Bryan, Shawn Dick, and Jo Poenitzsch,**<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 1:25-CV-01870-ADA-SH** |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. Dkt. 5. The report recommends that this Court **DISMISS** this lawsuit with prejudice as frivolous under 28 U.S.C. § 1915(e)(2). *Id* at 4. The report was filed on December 29, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (Dkt. 5) is **ADOPTED**.

**IT IS FURTHER ORDERED** that this lawsuit is **DISMISSED** with prejudice as frivolous under 28 U.S.C. § 1915(e)(2).

**SIGNED** this 21st day of January, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE